UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LORI ANN BURCHETT,<br><br>        Petitioner,<br><br>        v.<br><br>D. K. JOHNSON,<br><br>        Respondent. | No. ED CV 15-01242-JFW (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///

1        IT IS THEREFORE ORDERED that Judgment be entered denying the

2   petition and dismissing this action with prejudice.

3

4   Dated: March 13, 2017

5   _____

6   JOHN F. WALTER
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28