UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LORI ANN BURCHETT, | No. ED CV 15-1242-JFW (DFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| D. K. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: March 13, 2017

JOHN F. WALTER
United States District Judge